STATE OF NEW JERSEY v. EMIL L. PARKER, JR.

May 30, 1972. Petition for certification denied.

JOSEPH NASO v. C. H. FORSMAN COMPANY.

May 30, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT PORTEE.

May 30, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES CARRINGTON.

May 30, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. CARLOS RODRIGUEZ.

May 30, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. DONALD CREVINA.

May 30, 1972. Petition for certification denied. (See 119 *N. J. Super.* 50)